IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ .D.C.

05 JUN -7 AM 11: 36

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                    NO. 02-20251-Ma

FARID AMIR a/k/a LEON NEELY,

   Defendant.

---

ORDER ALLOWING REMOVAL OF EXHIBITS FOR COPYING

---

Pursuant to the oral motion of Kemper B. Durand, counsel for the defendant Farid Amir, Mr. Durand may remove the color photographs which were entered as exhibits in the trial of this matter on March 1, 2004, for the purpose of obtaining color copies of the photographs for the appellate record. The exhibits will be returned to the office of the Clerk of Court when the copies have been obtained.

It is so ORDERED this 7th day of June, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-9-05__

236

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

ROBERT R. DI TROLIO
CLERK OF COURT

**ROBERT R. DI TROLIO**
**CLERK OF COURT**

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200

MEMPHIS (901) 544-3315
FAX (901) 544-4488
JACKSON (901) 427-6586

Date: 6-7-05

__USA__
PLAINTIFF (S)

v.   CASE NO. 02-20251

__FARID Amir AKA Leon Neely__
DEFENDANT (S)

This is to acknowledge that __Kemper Durand__
of __Atty__
has received the exhibits in the above case, or has the following
exhibit numbers __3, 4, 5, 21, 31, 32, 33, 34,__
__41, 42, 43, 47, 48__.

Robert R. Di Trolio

BY: __[signature]__
Deputy Clerk

__[signature]__
Recipient's signature

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

242 FEDERAL BUILDING
167 N. MID-AMERICA MALL
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

JACKSON,

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 236 in case 2:02-CR-20251 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT